TRUSTEES OF SCHOOL DISTRICT NO. 44, IN THE COUNTY
OF MORRIS, *vs.* GRAY.

An injunction issued to restrain the defendant from in anywise inter-
fering with land claimed by the bill to have been dedicated to public use,
was continued to the hearing, the defendant showing no title to the prop-
erty from any one in possession, nor under those in whom the title was
vested.

Bill. for relief. Motion to dissolve injunction, on bill and
answer and affidavits annexed thereto, respectively.

*Mr. G. A. Allen,* for motion.

*Mr. H. C. Pitney, contra.*

THE CHANCELLOR.

The injunction should be retained until the hearing. The
bill claims that the land in question was dedicated to public
use, and it appears, by the affidavits on both sides, that it has
been used, as alleged in the bill, for fifty or sixty years past.
Indeed, it appears not to have been in the exclusive occupation
of any person, from time immemorial. The defendant's affi-
davits show this, as well as the complainants'. The defendant,
in his answer, shows no title to the property from any one in
possession. Nor does he show any title under those in whom
the title was vested. The right of Sharp to the land at the
time of his conveyance to Welsh, in 1854, does not appear.